November 12, 2015

83,567-03,04

Abel Acosta - Clerk
Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 1 7 2015

Abel Acosta, Clerk

Mark Eugene Engle
Connally Unit - TDC #1958430
899 FM 632
Kenedy, TX 78119

RE: 11.07 Writ of Habeas Corpus
WR-83,567-03,
WR-83,567-04

Dear Clerk,

I am writing to inquire as to the status of the (2) writs of Habeas Corpus out of Dallas County, Texas. Can you please inform me as to the status of these Writs?

Sincerely,
Mark Eugene Engle